BARAK J. BABCOCK (admitted *Pro Hac Vice*)
STEPHANIE A. STROUP (SBN 235071)
3620 Hacks Cross Road
Building B, Third Floor
Memphis, TN 38125
Telephone: (901) 434-8523
Facsimile: (901) 492-9930
E-mail: barak.babcock@fedex.com
E-mail: sastroup@fedex.com

CHRISTOPHER J. YOST (SBN 150785)
2601 Main Street, Suite 340
Irvine, CA 92614
Telephone: (949) 862-4558
Facsimile: (901) 862-4605
E-mail: cjyost@fedex.com

Attorneys for Defendants
FEDEX CORPORATE SERVICES, INC. AND
PATRICE HOVLAND

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN CHEMLA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FEDEX CORPORATE SERVICES, INC., PATRICE HOVLAND AND DOES 1 through 50, inclusive,<br><br>Defendants | Case No. 3:20-cv-06581-RS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE ~~SCHEDULING~~ CASE MANAGEMENT CONFERENCE**<br><br>**DEMAND FOR JURY TRIAL**<br><br>Action Filed: July 13, 2020<br>Action Removed: September 19, 2020<br><br>Current Hearing Date: December 17, 2020<br>Time: 10:00 a.m.<br>Courtroom: San Francisco Courthouse<br>Courtroom 3 – 17th Floor |

FEDERAL EXPRESS
CORPORATION
3620 HACKS CROSS
RD.
BUILDING B, 3RD FL
MEMPHIS, TN 38125

1

STIPULATION AND [PROPOSED] ORDER TO CONTINUE SCHEDULING CONFERENCE

Defendants FedEx Corporate Services, Inc. ("FedEx") and individually named defendant Patrice Hovland (collectively referred to as "Defendants") and Plaintiff Steven Chemla, by and through their undersigned counsel, hereby agree and stipulate as follows:

1. The Plaintiff filed this case in State court on July 13, 2020. On September 19, 2020, Defendant FedEx removed the case to Feeral Court claiming diversity jurisdiction making an argument that individual defendant Hovland was a sham defendant and were fraudulent joined.
2. On September 25, 2020, Hovland filed her Motion to Dismiss (Docket No. 7);
3. On October 19, 2020, Chemla filed his Motion to Remand (Docket No. 17);
4. Both motions are currently set for oral argument on December 17, 2020 at 1:30 p.m.
5. The Court has set a ~~scheduling~~ Case Management conference for December 17, 2020 at 10:00 a.m.
6. Depending on the outcome of the Motions, the ~~Scheduling~~ Case Management Conference will either not be necessary or the dynamics and claims of the case will change and could impact the scheduling of deadlines in the case.

Because the parties' Motions are currently pending and for good cause shown, the parties hereby stipulate and agree to continue the ~~scheduling~~ Case Management conference to February 25, 2021 at 10:00 a.m., or at a date and time available for the Court.

Respectfully Submitted,

DATED: November 10, 2020

By: s/Barak J. Babcock
BARAK J. BABCOCK
Attorneys for Defendants
FEDEX CORPORATE SERVICES AND
PATRICE HOVLAND

DATED: November 10, 2020

By: /s/ Bruce Towner
BRUCE M. TOWNER
Attorneys for Plaintiff
STEVEN CHEMLA

# [PROPOSED] ORDER

## Case Management

For good cause shown, the ~~Scheduling~~ Conference is continued from December 17, 2020 to February 25, 2021, at 10:00 a.m. before Honorable Richard Seeborg. The parties shall meet at least 21 days in advance of the Scheduling Conference to prepare a jointly signed report for the Court to be submitted no less than 7 days before the Scheduling Conference. All parties shall appear telephonically and must contact Court Conference at (866) 582-6878 at least one week prior to the Conference to arrange their participation.

IT IS SO ORDERED.

Dated: 11/10/2020

Honorable Richard Seeborg
United States District Judge

FEDERAL EXPRESS
CORPORATION
3620 HACKS CROSS
RD.
BUILDING B, 3RD FL
MEMPHIS, TN 38125

3
STIPULATION AND [PROPOSED] ORDER TO CONTINUE SCHEDULING CONFERENCE